**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION AT JACKSON**

**JOHNNIE MAE OWENS**                                                           **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO. 3:17-cv-314-DPJ-FKB**

**THE KROGER CO., and
JOHN DOES 1 THROUGH 5**                                      **DEFENDANTS**

**NOTICE OF SERVICE**

        **NOTICE IS HEREBY GIVEN** that Defendant, The Kroger Co., has served the following upon counsel:

     1. **The Kroger Co.'s Supplemental Production of Documents**

        **RESPECTFULLY SUBMITTED**, this the 25th day of May, 2018.

                                        FOR:    **THE KROGER CO.
                                                               Defendant**

                                        BY:      */s/Monte L. Barton Jr.*
                                                                MONTE L. BARTON JR.

OF COUNSEL:

Monte L. Barton Jr. (MSB #2095)
William M. Vines (MSB#9902)
John S. Graham (MSB #100364)
**JERNIGAN COPELAND ATTORNEYS, PLLC**
587 Highland Colony Parkway
Post Office Box 2598
Ridgeland, MS 39158-2598
Telephone: (601) 427-0048
Facsimile: (601) 427-0051
Email: mlbarton@jcalawfirm.com
Email: mvines@jcalawfirm.com
Email: jgraham@jcalawfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned, attorney of record for Defendant, The Kroger Co., do hereby certify that I have this day served copies of the foregoing *Notice of Service* via the ECF filing system, which sent notice to the all counsel of record:

    David R. Wade (MSB #99699)
    WADE & ASSOCIATES
    P. O. Box 321027
    Flowood, MS 39232
    Telephone: (601) 981-3360
    Fax: (601) 914-0350
    Email: lawyerwade@hotmail.com
    *Counsel for Plaintiff*

    Jeff G. Houston (MSB #100356)
    Attorney at Law
    600 Lakeland East Drive
    Suite 208
    Flowood, MS 39232
    Telephone: (601) 366-0766
    Email: jeffg_houston@yahoo.com
    *Counsel for Plaintiff*

**THIS**, the 25th day of May, 2018.

                                        */s/Monte L. Barton Jr.*
                                        MONTE L. BARTON JR.